NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar Number 14723
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 3:18-CR-00057-MMD-WGC |
| Plaintiff, | |
| v. | **Unopposed Motion to Dismiss and Proposed Order** |
| Jose Valentin Mora, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without opposition from the defendant, and by leave of Court endorsed hereon, and in accordance with the plea agreement filed in 3:18-cr-0057-MMD-WGC [ECF No. 601], the United States Attorney for the District of Nevada hereby moves to dismiss the information filed under seal on July 5, 2018 [ECF No. 144], against Jose Valentin Mora, defendant herein, with prejudice. The government further moves, consistent with the plea agreement, to dismiss the remaining counts 2, 3, 4, 5, 6, 8, 9, 10, 11, and 12 of the superseding indictment filed on September 26, 2018 [ECF No. 192],

/ / /

1

against Jose Valentin Mora, defendant herein, with prejudice.

Dated this 11th day of February, 2020.        Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Andolyn Johnson 
ANDOLYN JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jose Valentin Mora,<br><br>　　　　Defendant. | 3:18-CR-00057-MMD-WGC |

## ORDER

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a) with prejudice; and

IT IS THEREFORE ORDERED that the information filed under seal on July 5, 2018 [ECF No. 144], and counts 2, 3, 4, 5, 6, 8, 9, 10, 11, and 12 of the superseding indictment filed on September 26, 2018 [ECF No. 192], against JOSE VALENTIN MORA are hereby DISMISSED WITH PREJUDICE.

Dated: February 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE MIRANDA M. DU
United States District Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **UNOPPOSED MOTION TO DISMISS AND PROPOSED ORDER** was made through email to the following:

Chris Frey, Esq.
Assistant Federal Public Defender
Chris_Frey@fd.org

Dated this 11th day of February, 2020.

By:   _/s/ Andolyn Johnson_____
      ANDOLYN JOHNSON